RUDOLPH HALLEY, Respondent, *v.* EDWARD P. HATCH, Appellant.

APPEAL from a judgment in favor of plaintiff, and from order denying motion for a new trial.

H. Tompkins, for appellant.

A. Levy, for respondent.

*Per Curiam.*   Judgment and order appealed from affirmed, with costs.

Present:   VAN WYCK, Ch. J., SCHUCHMAN and O'DWYER, JJ.
Judgment and order affirmed, with costs.